UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP, a California
limited partnership, DBA Verizon
Wireless,

         Plaintiff - Appellant,

 v.

CITY OF CARMEL-BY-THE-SEA,

         Defendant - Appellee,

 and

STOP CELL TOWERS IN CARMEL
NEIGHBORHOODS, INC.; LA
PLAYA CARMEL HOTEL, LLC,

         Intervenor-Defendants -
Appellees.

No. 22-16153

D.C. No. 5:22-cv-00347-NC
U.S. District Court for Northern
California, San Jose

**ORDER**

GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP, a California
limited partnership, DBA Verizon
Wireless,

         Plaintiff - Appellee,

No. 22-16489

D.C. No. 5:22-cv-00347-NC
U.S. District Court for Northern
California, San Jose

v.

CITY OF CARMEL-BY-THE-SEA,

        Defendant - Appellant,

and

STOP CELL TOWERS IN CARMEL
NEIGHBORHOODS, INC. and LA
PLAYA CARMEL HOTEL, LLC,

        Intervenor-Defendants.

On or before June 5, 2026, counsel shall provide a status report by email to the Circuit Mediator (steven_saltiel@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

The administrative closure period is extended until June 16, 2026. At any time before that date, any party may request that this appeal be reopened.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator